```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0031--CR (RRB)
                         "USA V KENNETH T. CARSON"
                         DEF 1.1 CARSON, KENNETH T.

      In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge: The Honorable Terrance W. Hall, U.S. Magistrate Judge
                Filed: 11/17/04
               Closed: 09/23/05
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Mary Jane Haden
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephen Cooper
                       U.S. Attorney's Office
                       101 12th Avenue, Box 2
                       Fairbanks, AK 99701
                       907-456-0245
                       FAX 907-456-0577
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 1.1 CARSON, KENNETH T.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:841(a)(1) and 841(b)(1)(C) POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Sentenced (37-1) |
| 1 -  1 IND | 2 | 18:922(g)(1) and 924(a)(2) CONVICTED FELON POSSESSING FIREARM (F) | Sentenced (37-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE F04-0031--CR (RRB)
                           "USA V KENNETH T. CARSON"

                     In public format, for all filing dates
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable Terrance W. Hall, U.S. Magistrate Judge
           Filed: 11/17/04
          Closed: 09/23/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/17/04 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 11/18/04 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 11/18/04 | [Re: DEF 1] AHB Grand Jury Minutes re Indt Secret; WOA to be issued; no bail set. |
| NOTE - 2 | 02/16/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 2/14/05 in Macon, GA. |
| 3 - 1 | 02/17/05 | [Re: DEF 1] Return of WOA executed on 2/14/05. |
| 4 - 1 | 04/06/05 | [Re: DEF 1] AHB Minute Order by agreement of the judges, the MJ referral is reassigned to MJ Hall for pretrial purposes. cc: AUSA, USM, USPO, Judge Beistline, MJ Hall |
| 5 - 1 | 04/08/05 | [Re: DEF 1] TWH Minute Order direct status report as to defendant's arrival in district by 04/13/05. cc: Cooper, FPO, USM, Judge Beistline |
| 6 - 1 | 04/08/05 | [Re: DEF 1] Fax copy of Documents transferred from: Middle District of Georgia. cc: Cooper, FPO, USM, Judge Beistline |
| 7 - 1 | 04/11/05 | [Re: DEF 1] PLF 1 Response to Order (status report) as of 04/11/05 defendant still incarcerated in Georgia, USM to notify USA upon defendants arrival. |
| NOTE - 3 | 04/29/05 | [Re: DEF 1] USM Notice of Availability; defendant arrived 4/39/05 in Anchorage, AK. |
| NOTE - 4 | 04/29/05 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to chambers. |
| 8 - 1 | 05/02/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Arr on Indt held 5/2/05; FPD accepted appt; def detained; det hrg set for 5/9/05 at 9:30 a.m. in Anchorage; def pled not guilty to Cts 1-2 of the Indt; ptms due 5/27/05; cnsl advised of trial date of 6/27/05 in Fairbanks. cc: USA, FPD, USM, USPO, USDJ |
| 9 - 1 | 05/02/05 | [Re: DEF 1] JDR Order of Detention Pending Hearing; det hrg set for 5/9/05 at 9:30 a.m. in Anchorage. cc: USA, FPD, USM, USPO |
| 10 - 1 | 05/02/05 | [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet and confer by 5/6/05; ptms due 5/27/05. cc: USA, FPD |
| 11 - 1 | 05/02/05 | [Re: DEF 1] Financial Affidavit. |
| 12 - 1 | 05/03/05 | [Re: DEF 1] RRB Minute Order setting trial by jury for 6/27/05 at 8:30 a.m. in Fairbanks, Ak. and FPTC for 6/23/05 at 8:30 a.m. in Fairbanks, Alaska. cc: AUSA, FPD, USM, USPO, MJ HALL, Jury Clerk |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE F04-0031--CR (RRB)
                "USA V KENNETH T. CARSON"

              In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 13 - | 1 | 05/03/05 | DEF 1 Attorney Appearance. |
| 14 - | 1 | 05/06/05 | DEF 1 motion on shortened time to vacate detention hearing. |
| 15 - | 1 | 05/06/05 | [Re: DEF 1] JDR Order granting motion on shortened time to vacate detention hearing (14-1). cc: USA, FPD, USM, USPO |
| 16 - | 1 | 05/06/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 17 - | 1 | 05/09/05 | [Re: DEF 1] PLF 1 Report re: discovery conference held 05/06/05. |
| 18 - | 1 | 05/24/05 | DEF 1 motion for bail hearing. |
| 19 - | 1 | 05/27/05 | DEF 1 motion to sever count II for trial. |
| 20 - | 1 | 06/02/05 | [Re: DEF 1] PLF 1 Unopposed motion to stay def's motion to sever count II. |
| 21 - | 1 | 06/03/05 | [Re: DEF 1] TWH Order granting motion for bail hearing (18-1). Bail review hearing set for 06/10/05 at 10:00 a.m. cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 22 - | 1 | 06/03/05 | [Re: DEF 1] TWH Order granting unopposed motion to stay def's motion to sever count II. (20-1); staying motion to sever count II for trial (19-1). cc: Cooper, Haden, FPO, USM, Judge Beistline |
| 23 - | 1 | 06/13/05 | {SEALED} |
| 24 - | 1 | 06/20/05 | [Re: DEF 1] PLF 1 Unopposed motion to continue trial date from 06/27/05 to 07/11/05. |
| 25 - | 1 | 06/21/05 | DEF 1 motion on shortened time for def to appear telephonic for final pretrial conf. |
| 26 - | 1 | 06/22/05 | [Re: DEF 1] RRB Order granting motion on shortened time for def to appear telephonic for final pretrial conf (25-1). cc: AUSA, FPD, USM, USPO |
| 27 - | 1 | 06/22/05 | [Re: DEF 1] RRB Minute Order the final pretrial conf set for 6/23/05 is changed from 8:30 a.m. to 8:45 a.m. ni Courtroom #2. cc: AUSA, FPD, USM, USPO |
| 28 - | 1 | 06/22/05 | [Re: DEF 1] RRB Minute Order the FPTC set 6/23/05 at 8:45 a.m. will be utilized as a trial rescheduling conf (24-1). Parties may appear telephonically. cc: AUSA, FPD, USM, USPO |
| 29 - | 1 | 06/23/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: trial scheduling conf (held 6/23/05); tbj set for 6/27/05 at 8:30 a.m. in FB is vacated; PCOP set for 7/8/05 at 11:00 a.m. in FB. cc: USA, FPD, USM, USPO, JC, FB DIV OFFICE |
| 30 - | 1 | 07/07/05 | {SEALED} |
| 31 - | 1 | 07/08/05 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE F04-0031--CR (RRB)
"USA V KENNETH T. CARSON"

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 32 - | 1 | 07/08/05 | [Re: DEF 1] PLF 1 Notice of substitution of original signature. |
| 33 - | 1 | 09/16/05 | [Re: DEF 1] PLF 1 Sentencing (statement) Memorandum. |
| 34 - | 1 | 09/16/05 | {SEALED} |
| 35 - | 1 | 09/19/05 | DEF 1 Notice of filing letters w/att letters. |
| 36 - | 1 | 09/19/05 | {SEALED} |
| 37 - | 1 | 09/23/05 | {SEALED} |
| 38 - | 1 | 09/23/05 | {SEALED} |
| 39 - | 1 | 10/27/05 | [Re: DEF 1] PLF 1 Partial Transcript of IOS proceedings held 9-23-05. |