TIMOTHY M. BURGESS
United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>    vs.  )<br>  )<br>KENNETH T. CARSON,  )<br>  )<br>            Defendant.  )<br>  )<br>_____  ) | Case No.  4:04-cr-31-RRB<br><br>**PLAINTIFF'S MOTION ON SHORTENED TIME TO UNSEAL RECORDS** |

_____The United States of America, through undersigned counsel, moves this Court on shortened time to unseal the Judgment and the Plea Agreement filed in the above-styled matter.  The basis for this motion is explained below.

Defendant is an essential witness in the case of <u>United States v. Punter, et. al.</u>, Crim. No. 2005/28. That matter is currently scheduled for trial on January 30, 2006, in the United States District Court, District of the Virgin Islands. The United States needs to meet its discovery obligation by disclosing evidence of defendant's Judgment of conviction and Plea Agreement in the above-styled matter. Both documents have previously been sealed by this Court and the United States wishes to disclose them to the defendants in <u>U.S. v. Punter</u> as impeachment material. Because defendant Carson will be a witness in the <u>Punter</u> trial, the fact of his cooperation with the United States will be publicly revealed, and the need for the Judgment and the Plea Agreement to remain sealed will no longer exist.

Accordingly, plaintiff respectfully requests that this Court unseal those two documents for the purposes herein stated.

Ruling on shortened time is needed because the <u>Punter</u> trial is set for

January 30, 2006, which leaves less time remaining than the normal time for motion practice.

RESPECTFULLY SUBMITTED this <u>19th</u> day of January, 2006, at Fairbanks, Alaska.

          TIMOTHY M. BURGESS
          United States Attorney

          <u>s//STEPHEN COOPER</u>
          Assistant United States Attorney
          Federal Building & U.S. Courthouse
          101 12th Avenue, Room 310
          Fairbanks, AK 99701
          Phone:  (907) 456-0245
          Fax: (907) 456-0577
          E-mail: stephen.cooper@usdoj.gov
          AK #6911028

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2006,
a copy of the foregoing **MOTION TO
UNSEAL RECORDS** and **ORDER**, were served
electronically on M. J. Haden.

<u>s//Stephen Cooper</u>