IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:04-cr-31-RRB |
| | ) | |
| Plaintiff, | ) | **[Proposed]** |
| vs. | ) | <u>**ORDER**</u> |
| | ) | |
| KENNETH T. CARSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that Defendant's judgment of conviction and plea agreement in the above-styled case, are hereby unsealed.

    DATED this _____ day of January, 2006, at Fairbanks, Alaska.

_____
RALPH R. BEISTLINE
United States District Judge