IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:04-cr-31-RRB |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KENNETH T. CARSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant's judgment of conviction and plea agreement in the above-styled case, are hereby unsealed.

DATED this 20 day of January, 2006, at Fairbanks, Alaska.

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
United States District Judge